| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Gilbert, John P. | 2. Court or Organization  UNITED STATES DISTRICT COURT - Southern District of Illinois | 3. Date of Report  08/05/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

301 WEST MAIN STREET
BENTON, IL 62812

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Southern Illinois University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Old National Bank N/K/A First Mid-Illinois Bank | Mortgage on Investment Property | M |
| 2. Patricia Noe | Contract for Deed on Investment Property | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2. COM. HUTTON TEL. TR. | B | Dividend | J | T | | | | | |
| 3. COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 4. COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 5. COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 6. COM. TEMPLETON GRWTH | A | Dividend | | | Sold | 07/24/19 | L | C | |
| 7. NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 8. OLD NATL BANK N/K/A FIRST MID-ILLINOIS BANK - Accounts | A | Interest | J | T | | | | | |
| 9. RENTAL PROPERTY: Jackson Co., IL ($280,000) | A | Rent | M | S | | | | | |
| 10. COM. BRISTOL MYERS | E | Dividend | J | T | | | | | |
| 11. COM. AMER. ELEC. POWER | A | Dividend | J | T | | | | | |
| 12. COM. ALLETE | A | Dividend | J | T | | | | | |
| 13. COM. XCEL ENERGY | A | Dividend | J | T | | | | | |
| 14. COM. COCA COLA | A | Dividend | J | T | | | | | |
| 15. COM. GEN. ELECTRIC | A | Dividend | J | T | Sold<br>(part) | 07/31/19 | J | A | |
| 16. COM. EXXONMOBIL | A | Dividend | J | T | | | | | |
| 17. COM. ORACLE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. COM. CATERPILLAR | A | Dividend | J | T | | | | | |
| 19. COM. WALMART | A | Dividend | J | T | Buy<br>(add'l) | 08/14/19 | J | | |
| 20. COM. WESTAR ENERGY | A | Dividend | J | T | | | | | |
| 21. COM. MICROSOFT | A | Dividend | J | T | | | | | |
| 22. COM. CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 23. COM. PUTNAM GLOBAL | A | Dividend | J | T | | | | | |
| 24. COM. REGIONS FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 25. COM. VERIZON COMM. | A | Dividend | J | T | | | | | |
| 26. COM. AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 27. COM. DTE ENERGY | A | Dividend | J | T | | | | | |
| 28. COM. SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 29. COM. CORNING | A | Dividend | J | T | | | | | |
| 30. COM. INTEL | A | Dividend | J | T | | | | | |
| 31. COM. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 32. COM. CAREMARK | A | Dividend | J | T | | | | | |
| 33. COM. EXELON | A | Dividend | J | T | | | | | |
| 34. COM. AMEREN | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. COM. NEE | A | Dividend | J | T | | | | | |
| 36. COM. AGRBX | A | Dividend | J | T | | | | | |
| 37. COM. NEW WORLD FUND | A | Dividend | J | T | | | | | |
| 38. COM. GROWTH FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 39. COM. JOHN DEERE | A | Dividend | J | T | | | | | |
| 40. COM. BANK OF AMERICA | A | Dividend | J | T | | | | | |
| 41. BOND ILLINOIS FIN. AUTH. | A | Interest | J | T | | | | | |
| 42. COM. 3M COMPANY | A | Dividend | J | T | | | | | |
| 43. COM. FIRST SOUTHERN BANK | A | Dividend | J | T | | | | | |
| 44. COM. AT&T | A | Dividend | J | T | | | | | |
| 45. RENTAL PROPERTY: Sarasota, FL ($250,000) | A | Rent | M | S | | | | | |
| 46. COM. FRONTIER | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 47. BOND QWEST CORP. 6.125% | A | Interest | K | T | | | | | |
| 48. BOND AFLAC 5.5% | A | Interest | K | T | | | | | |
| 49. WELLS FARGO - COMPASS MANAGED DIVERSIFIED STOCK INCOME PORTFOLIO | A | Dividend | K | T | | | | | |
| 50. COM. F | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51.  BOND SIU 3.5% | A | Interest | K | T | | | | | |
| 52.  PFD. ALLSTATE 6.625% | A | Interest | | | Redeemed | 10/15/19 | K | A | |
| 53.  PFD. WELLS FARGO 6.625% | A | Interest | K | T | | | | | |
| 54.  PFD. JOHN HANCOCK | A | Interest | K | T | Buy<br>(add'l) | 10/23/19 | K | | |
| 55.  COM. PG | A | Dividend | J | T | | | | | |
| 56.  COM. UNP | A | Dividend | K | T | | | | | |
| 57.  COM. KMI | A | Dividend | J | T | | | | | |
| 58.  COM. T | A | Dividend | J | T | | | | | |
| 59.  COM. HYH | A | Dividend | J | T | | | | | |
| 60.  COM. KMB | A | Dividend | J | T | | | | | |
| 61.  PFD. WACHOVIA 7.25% | A | Interest | K | T | | | | | |
| 62.  COM. WPC | A | Dividend | J | T | | | | | |
| 63.  PFD. BAC | A | Dividend | J | T | | | | | |
| 64.  COM. APPLE | A | Dividend | J | T | | | | | |
| 65.  COM. COP | A | Dividend | J | T | | | | | |
| 66.  COM. ABBVIE INC. | A | Dividend | J | T | | | | | |
| 67.  COM. DG | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. AMERICAN FUND NGCRX | A | Dividend | K | T | | | | | |
| 69. AMERICAN FUND NDCRX | A | Dividend | K | T | | | | | |
| 70. COM. MERCK | A | Dividend | J | T | | | | | |
| 71. COM. WALT DISNEY | A | Dividend | J | T | | | | | |
| 72. JOHN HANCOCK ETF | A | Dividend | J | T | | | | | |
| 73. DAFT & PHELPS ETF | A | Dividend | J | T | | | | | |
| 74. AMERICAN FUND UTBPX | A | Dividend | J | T | | | | | |
| 75. VANGUARD S&P MID-CAP ETF | A | Dividend | K | T | | | | | |
| 76. ISHARES CORE S&P SMALL CAP ETF | A | Dividend | J | T | | | | | |
| 77. ISHARES CORE S&P MID CAP ETF | A | Dividend | J | T | | | | | |
| 78. ISHARES U.S. MEDICAL DEVICES ETF | A | Dividend | J | T | | | | | |
| 79. COM. MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 80. FIRST TRUST ELECTION PORTFOLIO 2016 SER 2 | A | Dividend | | | Redeemed | 01/23/19 | J | A | |
| 81. AMERICAN FUND NDCRX | A | Dividend | J | T | | | | | |
| 82. AMERICAN FUND ABALX | A | Dividend | K | T | | | | | |
| 83. PFD. SOUTHERN CO 5.25% | A | Interest | K | T | | | | | |
| 84. VANGUARD HEALTH CARE ETF VHT | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. AMERICAN FUND SMCWX | A | Dividend | J | T | | | | | |
| 86. CAPITAL INCOME BUILDER FUND CAIBX | A | Dividend | J | T | | | | | |
| 87. FUNDAMENTAL INVESTORS FUND ANCFX | A | Dividend | J | T | | | | | |
| 88. TAX EXEMPT BOND FUND OF AMERICA AFTEX | A | Dividend | J | T | | | | | |
| 89. COM. AMAZON | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 90. COM. FRANKLIN INCOME FUND | A | Dividend | L | T | Buy | 07/24/19 | L | | |
| 91. COM. DNP SELECT INCOME FUND | A | Dividend | K | T | Buy | 10/23/19 | K | | |
| 92. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 15:  The sale reported is $126 in proceeds received from the immediate sale of two shares of Wabtec stock received 7/31/19 in a merger with General Electric; since it represents proceeds from the investment in General Electric, it is reported here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544